**In re PHILADELPHIA CONSISTORY SUBLIME PRINCES ROYAL SECRET 32° ANCIENT ACCEPTED SCOTTISH RITE, Bankrupt.**

**Appeal of Albert T. HANBY, Francis L. Borie, Charles B. Lessig, George H. Hartenstine, and Elmer C. Watt.**

No. 8194.

Circuit Court of Appeals, Third Circuit.

Argued March 1, 1943.

Decided March 3, 1943.

See, also, 40 F.Supp. 645.

Percival H. Granger, of Philadelphia, Pa., for appellant.

Thomas P. Mikell, of Philadelphia, Pa., for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the district court affirming the order of the referee in bankruptcy dismissing the petition of Francis L. Borie and others to have a fund of $7,593.81 in the hands of the trustee in bankruptcy declared a special trust fund for their benefit, is affirmed for the reasons satisfactorily and sufficiently set forth in the opinion of Judge Kirkpatrick, D.C., 49 F.Supp. 98.

**NORTH PENNSYLVANIA RAILROAD COMPANY, Plaintiff-Appellee, v. Walter J. ROTHENSIES, Collector of Internal Revenue, for First District of Pennsylvania, Appellant.**

No. 8129.

Circuit Court of Appeals, Third Circuit.

Argued March 16, 1943.

Decided March 22, 1943.

Paul S. McMahon, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen.,

Sewall Key, Helen R. Carloss, and George J. Laikin, Sp. Assts. to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellant.

William R. Spofford, of Philadelphia, Pa. (Charles S. Jacobs and Ballard, Spahr, Andrews & Ingersoll, all of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

We think that this case is indistinguishable in principle from McCoach v. Minehill Railway Co., 228 U.S. 295, 33 S.Ct. 419, 57 L.Ed. 842. Upon the authority of that case and for the reasons stated in the opinion of Judge Kalodner for the District Court in this case, 45 F.Supp. 486, the judgment is affirmed.

**OKIN v. SECURITIES AND EXCHANGE COMMISSION.**

Circuit Court of Appeals, Second Circuit.

Dec. 10, 1942.

PER CURIAM.

Motion granted. Petition dismissed. National Labor Relations Board v. Friedman-Harry Marks Clothing Co., 2 Cir., 83 F.2d 731.